## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JEANETTA JOHNSON; SHARON
 DUNCAN; and YOLANDA THOMAS,
each individually and on behalf of
others similarly situated                                    PLAINTIFFS

v.                              No. 5:12-cv-143-DPM

ARKANSAS CONVALESCENT CENTERS INC.;
ACC1 LLC, d/b/a Arkansas Convalescent Center;
CAPSTONE HEALTH GROUP LLC;
KYLE M. DESHOTELS, and M.N. OSBOURNE,
individually and in their official capacities            DEFENDANTS

### ORDER

Unopposed motion to dismiss, № 87, granted.  Lola M. Clary, Kemberli

Duvall, Eloise Fudge, Jana Hodges, Bobbie Rayner, Anna Treadwell, Cecelia

Johnson, and Joanna Hunter's claims are dismissed without prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

1 November 2013