# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JEANETTA JOHNSON, SHARON
DUNCAN, and YOLANDA THOMAS,
each individually and on behalf of
others similarly situated                                          PLAINTIFFS

v.                       No. 5:12-cv-143-DPM

ARKANSAS CONVALESCENT CENTERS INC.;
ACC1 LLC, d/b/a Arkansas Convalescent Center;
CAPSTONE HEALTH GROUP LLC;
KYLE M. DESHOTELS, and M.N. OSBOURNE,
individually and in their official capacities                      DEFENDANTS

## ORDER

Unopposed motions, № 103 & № 104, granted. Opt-in plaintiffs Lakeisha Bobo, LaTreach Brown, Landra Clay, Trinette Ento, Laquita Fudge-Jones, Elbony Goins, Laquita Goodwin, Carol Gossage, Phyllis Hawkins, Deanna Henry-Jones, Barbara Lee, Gloria Lyons, Kenicia McBride, Bambi Miller, Tia Okolo, Casee Smith, LaNorris Smith, Phenia Smith, Dominique Turner, Kristy Washington, Keylie Welch, and Erika Green's claims are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 January 2014