IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEANETTA JOHNSON, SHARON
DUNCAN, and YOLANDA THOMAS,
each individually and on behalf of
others similarly situated                                              PLAINTIFFS

v.                          No. 5:12-cv-143-DPM

ARKANSAS CONVALESCENT CENTERS INC.;
ACC1 LLC, d/b/a Arkansas Convalescent Center;
CAPSTONE HEALTH GROUP LLC;
KYLE M. DESHOTELS, and M.N. OSBOURNE,
individually and in their official capacities                          DEFENDANTS

ORDER

Unopposed motion, № 109, granted. Plaintiffs' claims against M.N. Osbourne and Arkansas Convalescent Centers, Inc., are dismissed with prejudice. Motion, № 105, denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 January 2014