IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEANETTA JOHNSON, SHARON
DUNCAN, and YOLANDA THOMAS,
each individually and on behalf of
others similarly situated                                                            PLAINTIFFS

v.                              No. 5:12-cv-143-DPM

ACC1 LLC, d/b/a Arkansas Convalescent
Center; CAPSTONE HEALTH GROUP LLC;
and KYLE M. DESHOTELS, individually and
in his official capacity                                                              DEFENDANTS

ORDER

Unopposed motion to dismiss, № 145, granted. Opt-in plaintiffs Alberta Baker, Chantey Collins, Chanell Henley, Joyce Mayweather, Linda Payne, and Tedric Mickens's claims are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 April 2014