### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**JEANETTA JOHNSON, SHARON DUNCAN, and
YOLANDA THOMAS, EACH INDIVIDUALLY
AND ON BEHALF OF OTHERS
SIMILARLY SITUATED**                                                                 **PLAINTIFFS**

      **v.**                                  **Case No. 5:12-cv-00143-DPM**

**ACC1, LLC, d/b/a Arkansas Convalescent Center,
CAPSTONE HEALTH GROUP, LLC, and
KYLE M. DESHOTELS,
 individually and in his official capacities**                                       **DEFENDANTS**

### AGREED MOTION FOR EXTENSION
### REGARDING ATTORNEYS' FEES

Come now Plaintiffs, and for their agreed motion for extension to provide stipulation regarding attorneys' fees, and state:

1.      Defendants ACC1, LLC, Capstone Health Group, LLC, and Kyle Deshotels served offers of judgment, which were accepted. The Court ordered that a motion for attorneys' fees or stipulation as to the amount would be due on May 28, 2014. (Doc. 149).

2.      The parties have reached an agreement on the amount of attorneys' fees, costs, and expenses, but they need additional time to prepare and file their stipulation. The parties request an extension until Friday, May 30, 2014, to file their stipulation.

3.      Plaintiffs' counsel has consulted with Defendants' counsel, and the parties agree to the short extension.

WHEREFORE, Plaintiffs respectfully request the Court extend the deadline to file a stipulation regarding attorneys' fees, costs, and expenses until Friday, May 30, 2014.

Respectfully submitted,

HOLLEMAN & ASSOCIATES, P.A.
1008 West Second Street
Little Rock, AR 72201
Telephone: (501) 975-5040
Facsimile:  (501) 975-5043

By: /s/ Timothy A. Steadman
John T. Holleman, ABN 91056
jholleman@johnholleman.net
Maryna O. Jackson, ABN 2009111
maryna@johnholleman.net
Timothy A. Steadman, ABN 2009113
tim@johnholleman.net

<u>**CERTIFICATE OF SERVICE**</u>

I, Timothy A. Steadman, hereby certify that a true and correct copy of the foregoing document was filed via the CM/ECF system, this the 28th day of May, 2014, and that the foregoing shall send notification of such filing to the following:

Ellen Owens Smith - esmith@fridayfirm.com

Michael S. Moore - mmoore@fridayfirm.com


By: <u>/s/ Timothy A. Steadman</u>
     Timothy A. Steadman