IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STACY BROACH, LAKITA BROWN,
JEANETTA JOHNSON, LOVIE NOLDEN,
GWENDOLYN WILKERSON, KERRY
MCDONALD, SHARON DUNCAN, and
YOLANDA THOMAS, each individually
and on behalf of others similarly situated                    PLAINTIFFS

v.                       No. 5:12-cv-143-DPM

ARKANSAS CONVALESCENT CENTERS
INC.; ACC1 LLC, d/b/a Arkansas Convalescent
Center; CAPSTONE HEALTH GROUP LLC;
and KYLE M. DESHOTELS, individually and
in his official capacity; M. N. OSBOURNE,
individually and in his official capacity; and
ANR1 LLC, d/b/a Arkansas Nursing Home
and Rehabilitation Center                                      DEFENDANTS

## JUDGMENT

1. Stacy Broach, Lakita Brown, Lovie Nolden, Gwendolyn Wilkerson and Kerry McDonald's claims against all Defendants are dismissed with prejudice. Jeanetta Johnson, Sharon Duncan, and Yolanda Thomas's claims against ANR1, LLC are dismissed without prejudice. № 34. Lola M. Clary, Kemberli Duvall, Eloise Fudge, Jana Hodges, Bobbie Rayner, Anna Treadwell, Cecelia Johnson, and Joanna Hunter's claims, as to all Defendants, are dismissed without prejudice. № 88.

2. Opt-in in plaintiffs Lakeisha Bobo, LaTreach Brown, Landra Clay, Trinette Ento, Laquita Fudge-Jones, Elbony Goins, Laquita Goodwin, Carol Gossage, Phyllis Hawkins, Deanna Henry-Jones, Barbara Lee, Gloria Lyons, Kenicia McBride, Bambi Miller, Tia Okolo, Casee Smith, LaNorris Smith, Phenia Smith, Dominique Turner, Kristy Washington, Keylie Welch, and Erika Green's claims are dismissed without prejudice. № 108.

3. Any remaining Plaintiffs' claims, as to Arkansas Convalescent Centers, Inc., and M.N. Osbourne are dismissed with prejudice. № 109 & 110.

4. Any remaining Plaintiffs' promissory-estoppel and unjust-enrichment claims, as to ACC1 LLC, Capstone Health Group LLC, and Kyle M. Deshotels are dismissed with prejudice. № 142 at 7.

5. Opt-in plaintiffs Alberta Baker, Chantey Collins, Chanell Henley, Joyce Mayweather, Linda Payne, and Tedric Mickens's remaining claims are dismissed without prejudice. № 147.

6. The Court enters judgment for the following plaintiffs against ACC1, LLC, Capstone Health Group, LLC, and Kyle Deshotels, for the amounts specified, and for reasonable attorney's fees, costs, and expenses as agreed by the parties, № 152:

| Name | Amount |
|---|---|
| Sharon Duncan | $3,373.97 |
| Jeanetta Johnson | $3,375.01 |
| Yolanda Thomas | $134.96 |
| Yurie Allen | $158.00 |
| Shalonda Brown | $1,476.54 |
| Priscilla Culclager | $44.55 |
| Chenetta English | $280.80 |
| Felicia Gilmore | $1,511.40 |
| Miosha Gray | $230.85 |
| Beverly Holly | $1,997.40 |
| Jackie McBride | $635.45 |
| Shirley Montgomery | $538.20 |
| Johnnie Moore | $567.00 |
| Ramonda Parker | $1,273.95 |
| Chantell Ray | $1,781.78 |
| Linda Shaw | $210.60 |
| Candy Stewart | $45.89 |
| Bernice Stocker | $3,915.00 |
| Trella Thomas | $96.25 |
| Deronica Walker | $216.00 |
| Bernard Watson | $2,816.16 |
| Robyn White | $110.25 |

This Judgment shall bear interest at a rate of .11% until paid in full.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 July 2014